GRAND COURT FORESTERS OF AMERICA, STATE OF NEW JERSEY, appellant,

*v.*

COURT CAVOUR, No. 133, FORESTERS OF AMERICA, et al., respondents.

[Submitted March 23d, 1914. Decided May 4th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *82 N. J. Eq. 89*.

*Mr. Philip J. Scholland,* for the complainant-appellant.

*Mr. Anthony R. Finelli,* for the defendants-respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER—11.

*For reversal*—None.